IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GODFATHER'S PIZZA, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>GRAB N GO, LLC, ARIFA KESHWANI SURANI<br><br>    Defaulted Defendants. | **8:21CV310**<br><br>**ORDER** |

An entry of default was entered in this case on September 15, 2021. The clerk's entry of default was mailed to Defaulted Defendants Grab N Go, LLC and Arifa Keshwani Surani, and the mailings were not returned. Defaulted Defendants have not moved to set aside the entry of default.

Accordingly,

IT IS ORDERED:

1) Plaintiff is given until January 3, 2022, to move for either a default judgment or for dismissal.

2) The clerk shall mail a copy of this order to Defendants at:

Grab N Go, LLC
1104 Broadway Street
Portland, TN 37148-1649

Arifa Keshwani Surani
1104 Broadway Street
Portland, TN 37148-1649

Dated this 1st day of December, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge